# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Sandra J. Sebastian, as parent of minor and on behalf of S.R.S., | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:15-cv-00028-FDW-DSC |
| vs. | ) ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2016 Order.

March 23, 2016

*signature*

Frank G. Johns, Clerk
United States District Court